AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ROBERT SACCO, | )    Case No. 1:26-MJ-20  DJS |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jan 23 - 2026**

John M. Domurad, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 1 through January 23, 2026 in the county of Albany in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2251(a) and (e) | In that the defendant did knowingly attempt to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct knowing or having reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

*TFO CR Smith*

*Complainant's signature*

TFO Christopher Smith, FBI

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:     January 23, 2026

_Judge's signature_

City and State:     Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge

_Printed name and title_

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**

**Jan 23 - 2026**

John M. Domurad, Clerk

1:26-MJ-20  DJS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher Smith, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigator with the Colonie Police Department and Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed by the Colonie Police Department since July 2004 and a TFO with the FBI since 2012. I am assigned full-time to the Albany Division, Albany, N.Y. I have investigated a variety of violent crimes including child sexual exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography in violation of 18 U.S.C. §§ 2251, 2252(a) and 2252A. I have received training in the area of child sexual exploitation and have observed and reviewed numerous examples of child pornography in all forms of media including computer media. My investigative experience includes interviewing victims and witnesses, as well as conducting searches of physical locations, social media, and electronic devices pursuant to court order or consent.

2. The facts contained in this affidavit are known to me through statements and reports received from other law enforcement officers. This affidavit is made in support of a criminal complaint charging Robert SACCO with violation of Title 18, United States Code, Section 2251(a) (attempted sexual exploitation of a child).

## PROBABLE CAUSE

3.      On or about October 22, 2025, your affiant was connected to the internet acting in an undercover capacity (hereinafter "UC") as a father to a 10-year-old daughter. Your affiant was monitoring a social networking application when I was contacted via direct message by username "brkgy429" (38M), identified through the investigation as Robert SACCO, expressing interest in chatting about nudism in the home. In the "About" section of the UC's profile on the application, which indicated his location as "Albany, New York, United States[,]" UC stated, *inter alia*, that "love[d] talking kink and taboo with people and have very little limitations." The UC indicated that he was on Wire and Sessions for chats, both online encrypted messaging applications.

4.      Between on or about October 22 and 27, 2025, "brkgy429" and the UC had the following conversation about nudism and the UC's 10-year-old minor daughter:

**brkgy429**: Hey there good morning! Saw you replied a while back about nudity in the household. I have been curious about this lifestyle my wife is interested in being nude at home 24/7. I was wondering if I could pick your brain a little?

**UC**: Hey there. would love to explore it with you.

**brkgy429**: Cool :) did you grow up with it or is it something you discovered you wanted to do?

**UC**: No didnt grow up w it at all. lol quite the opposite. super strict irish catholic nonsense which is why i probably wanted to do it even more.,

**brkgy429**: I hear ya on that lol how long ago did you discover it was something you were into?

**UC**: Probably three years ago or so. Waited until my dau was at an age that she would understand. Also the same time i kicked her mother to the curb haha

**brkgy429**: Haha nice! Might I ask what age she was? So it was just the two of you living the lifestyle? Mother was not on board I'm assuming?

**UC**: Of course Im completely ok and comfortable with us and not embarrassed or whatever. shes 10 and loves it too. No mom had serious issues w pills and was a whole other story and mess.

**brkgy429**: Oh sorry to hear about your ex. Your daughter is 10 currently? Must definitely be a freeing feeling being able to just walk around naked. My fear tho is seeing a girl walking around naked, I may have some different thoughts going thru my mind

2

5.      UC and SACCO continued to speak daily about nudism and the UC's purported sexual relationship with his 10-year-old daughter. SACCO also expressed a sexual interest in a 5 year old minor female.  The following chats happened between on or about November 2 and 5, 2025.

**brkgy429**: What's it like being naked with your daughter at home? What kinda naughty stuff do you do? :)

**UC**: Not to sound weird but I love the everyday things being naked w her. In the kitchen and having her help me cook and touching on purpose or even rubbing up against her. I haven't been inside her yet but I've started going down on her.

**brkgy429**: I slowly got harder and harder as I read that 😳

**brkgy429**: How does she taste? Has she played with your cock?

**....**

**brkgy429**: Fuck that sounds so hot. How tall is she and what's her body like?

**brkgy429**: Is it just you two at home?

**UC**: She's little. Petite and smooth. It's just us yea.

…

**brkgy429**: That's amazing. Do many people know about this side of you?

**brkgy429**: Only a couple people know I feel the same about [REDACTED] but she's a little younger than your daughter 🙈

6.      On or about November 6, SACCO expressed an interest in traveling to the Albany area "admire" the 10-year-old minor from a distance and masturbate while doing so and shower with her "if she would be interested."  He also indicated that he would be "tempted" to send the minor pictures of his erect penis:

**brkgy429:** If you're near me I'd come visit 😅 I think that it's sexy to flirt and text her. I would be so tempted to send pics of me hard

**...**

3

**UC**: and would be very cool if u could visit. up near albany here.

**brkgy429:** I admire the hustle 👋🏻

**brkgy429:** Nice I'm downstate

. . .

**brkgy429:** Mmmm definitely :) if i come visit the Albany area I could meet you out somewhere and admire her from a distance and rub myself

**UC**: super hot wow!! or shower :)

**brkgy429**: Mmmm you think she would be interested? ;)

**UC**: I realy think she would. If dad has a "friend" who can help her feel good too shed do anything i ask of her.... :)

**brkgy429:**Oh myyyy

**brkgy429:** I would be honored to be your special friend

**brkgy429:** I'm so excited to see what she looks like. Sunday can't come soon enough 😊

    6.   On or about that same day, SACCO asked about engaging in sexually explicit conduct with the UC's 10-year-old daughter:

**brkgy429:** Would u want to watch me and your girl? Or would you want to be a part of it the whole time?

**...**

**brkgy429**: Is she smooth?

**UC**: Oh yea. No hair at all yet. And perfectly flat just little bumps. no puberty at all which I dread coming

    7.    On or about November 12, 2025, SACCO asked to trade pictures of the UC's 10-year-old daughter for pictures of a 5-year-old minor female and suggested chatting via Wire, an end-to-end encrypted messaging service. However, SACCO and UC continued to chat online using the application.

4

8.      On or about November 13 and 15, 2025, SACCO stated that he has "been wanting to plan a trip to Albany 😄" and again asked to exchange photos of a 5-year-old minor female for pictures of the 10-year-old minor.    Between on or about November 28 and December 1, 2025, SACCO talked about how he was "admiring" [MINOR FEMALES] and "[w]ould love to share their pics with [the UC] and to see [the UC's] daughter."

9.      On or about December 1, 2025, after SACCO again asked when they could "swap pics[,]" SACCO sent multiple photos of fully-clothed minor children that he identified as [REDACTED] and the UC sent him an age-regressed clothed photo of an undercover law enforcement officer meant to look like a 10-year-old minor female with pigtails.

10.     In response to the minor's photo, SACCO expressed his affection for her and asked if the UC had ever taken a nude photo of her:

**brkgy429**: She's adorable!!

. . . . .

**brkgy429**: Your daughter is beautiful

. . . . .

**brkgy429**: Now I can see why you enjoy living the nudist lifestyle at home, I wouldn't be able to concentrate on anything lol

. . . . . .

**brkgy429**: Not that I'm asking for one but just curious, have you ever snapped a pic of her while she's just around the house? I feel like I would be too tempted to do that if mine was walking around naked all day

11.     During December 2025, SACCO and the UC continued to exchange photos of the UC's purported daughter and [REDACTED-MINOR FEMALES].  SACCO also inquired about what sexual acts the UC's 10-year-old minor daughter had performed on him.  The UC told SACCO that his daughter had touched his penis and that he was moving towards her

5

performing oral sex on him.  On or about December 2, SACCO stated that he would "love to watch" the UC "tribute"—ejaculate on a photo—on a picture of one [REDACTED-MINOR FEMALE].  The UC asked if SACCO would do that to a photo of his daughter, and he replied that he "would absolutely love that."  SACCO stated that he would like to keep swapping pics, but "unfortunately [he didn't] have any non-clothed" of [REDACTED-MINOR FEMALES] so he sent a partially nude photograph of a woman he identified as his wife.  In response, the UC sent another age-regressed clothed photo of the undercover law enforcement officer, to which SACCO replied, "Would i be out of line if I said that I'm a bit aroused by this pic?"

12.     On or about December 3, 2025, the UC stated that he would like to show his daughter off and be "cucked" and SACCO asked if the UC would tell him his daughter's name. SACCO also expressed his desire to kiss the minor female and explore some roleplay with the minor and UC.

**brkgy429**: You'd wanna be a cuck for your little girl? Not gonna lie I just got a little hard as I typed that out...

. . . . .
**UC**: Yea I know its maybe a little fucked up but with right guy, id love to see it

**brkgy429**: Some people could see it that way. But I'm very much into it. We could explore some role play with that if you'd like

**UC**: I love that you are!

**brkgy429**: Would you feel comfortable telling me her name? Or maybe just first initial or nickname?

**UC**: Of course I trust you so much. She goes by Ky.

**brkgy429**: Ky has such a beautiful face. Would love to feel her lips on mine...

13.     SACCO inquired if the UC was interested in his daughter's underwear and asked, "Next time you're home, maybe find a pair you really like and share a pic with me?"

He then proposed that, "[m]aybe you can take her shopping for some and have her pose in them for us 😜"

14.    On or about December 18, 2025, at the request of SACCO, the UC send an age-regressed clothed photo of the undercover law officer with her wrists bound.    SACCO responded that after he woke up the next day, he "realized that her hands are tied 😜" He asked whether the minor "like[d] taking that pic for [the UC]" and also a few days later suggested that the UC should take a picture of his daughter "in a Santa hat... And nothing else 😈😜"

15.    In or about late December 2025/early January 2026, the UC told SACCO that he had been a "naughty" daddy with his minor daughter.  SACCO asked for details and the UC said that he had his daughter stroke his penis and "put the tip of [his] cock insider [her] mouth to get her used to it."  SACCO responded, "[d]oes she like having your throbbing hard member in her mouth? Bet her little eyes looking up at you is an incredible sight... I'm kinda fantasizing about it now."

16.    On or about January 4, 2026, SACCO asked for more pics of the UC's daughter in an "erotic setting."  He also informed the UC that he wanted to set up an in person meeting sometime, or at the very least set up a video chat with the UC:

**brkgy429**: This might be a big ask, but would you feel comfortable sending some more pics of Ky? Maybe in a more erotic setting? Would love to see her as you see her behind closed doors . . .

**UC**: I appreciate that you are kind in asking. I feel comfortable with you. I will share some that are def safe but maybe more intimate but just still lookin for some real or in person fun, not just sharing pics. Not being a jerk but just wanna have a healthy boundary and be up front. Again tho, I love that you are kind and sensitive to how it makes me feel. Means a lot to me

**UC**: Sorry if I offended. HOpe ya have a good day

7

**brkgy429**: I totally understand. I would absolutely love to set something up in person, the proximity will make it tough but I'm willing to try and make it work if we can! And not offended at all, I totally get it. Maybe we can work up to video chatting together one day to start?

**brkgy429**: And whenever you're ready to send some pictures, perhaps I can show you how much they turn me on while I look at them 🔥

**UC**: Okay good, I would feel bad. You're too much of a gentleman to be rude to! So thanks for that. Oh yea never really thought about that. I'm up near the adirondacks in NY. Could always split the difference maybe or we somehow come to you if that works . . . LOL ok, seeing your cum on her face might make me feel real real good too. wow!

**brkgy429**: I'm out of the city now on LI but can definitely figure something out! Sounds like fun :) I would definitely cum on her face for you while you watched 🥵

17.    That same day, SACCO asked if the UC thought it would be good for the 10-year-old minor to watch him masturbate and ejaculate on camera. In response, the UC said it would not be a bad idea and that he had been considering introducing his daughter to pornography. The UC that he would never ask for a video or picture of SACCO's penis, but if he thought that would make the minor more comfortable then he would be open to it. In response, SACCO sent a photo of his erect penis and said he "would be honored to help her learn and grow." He also wanted to hear what the UC's daughter thought of his erect penis picture.

**brkgy429**: Had a thought too, do you think you like for her to watch me cum for her on cam? Maybe watch me stroke and explode all over myself for her?

**UC**: . . . . .Dear God I'd love to see you spill a load on her face it wlild be so hot.

**UC**: Oh wow. Not a bad idea ar all. I was thinking about introducing porn to her but wasn't sure it was a good idea
**UC**: I'd never ask for a vid or pic of your cock but if ya think it'll maybe make her more comfortable then I'd be open to that. You're a true gentleman and so happy I found someone safe and emotionally beautiful for her to learn and grow from.

**brkgy429**: You're a true gentleman as well, and an incredible dad doing this for her :) I would be honored to help her learn and grow. As I'm thinking about it I'm growing in my pants 🥵 lol

8

[SACCO sends a photo of his erect penis]

**UC**: Mmmmmm love it.......I can't wait to show her and tell her shes going to be toucing and caressing and tasting that cock as well

**brkgy429**: I can't wait to hear what she thinks of it ;) she would look to amazing with it resting on her beautiful face. Any chance I could see a pic of your cock? :)

[the UC then sends photos of his purported penis to SACCO]

18.    On or about January 5 through 7, 2026, SACCO asked the UC when he was going to show his minor daughter SACCO's erect penis picture and proposed that if the 10-year-old "likes what she sees" then they could arrange a video call together soon. They also talked about meeting halfway between each other in Legoland, which is located near Goshen, New York (Orange County). SACCO expressed concern about traveling too far without his wife accompanying him:

**brkgy429**: When will you show Ky my pic? It's all I can think about now 🥵

. . . .

**brkgy429**: Not trying to rush you, I'm patient haha and very appreciative you're bringing me along this journey! If she likes what she sees maybe we can arrange a video call together soon ;)

. . . . .

**brkgy429**: Is it weird I woke up thinking about you and ky this morning 🥵

**UC**: Hell no. I rather like it. :)
**UC**: I was thinking too. If we ever wanted to split the distance, I've got an aunt in Ulster county and it's only like half hr away from Lego Land too, I wouldn't mind meeting down that way if its sorta half for both of us.
PS I woke up thinking about all of us too............

. . . .

**brkgy429**: Are you showing her my pic today? 🥵

**UC**: Hmmm yea dont want her, you mean your wife right? to get suspicious of anything

**brkgy429**: Sweet! Yeah, it would be out of the ordinary for me to drive to Westchester or anywhere that far without her lol but maybe we could arrange to go at the same time? Don't

worry I'll be thinking of reasons to be driving up there haha I have family in Delaware county but haven't visited in a long time

**UC:** Oh ok very cool.........Ive been to Delaware county a lot for fly fishing. Its not bad there like in Hancock and theres a cool hotel in the downtown part. That would def work.

**brkgy429:** We'll figure something out. Definitely wanna make it happen :)

**brkgy429:** Any chance she got to see my hardness yesterday? :)

      19.    On or about January 7, 2026, SACCO again asked whether the UC had shown his daughter the erect penis picture and inquired again about a video chat with the minor where the UC would "play," meaning sexually abuse, with the minor while SACCO masturbated:

**brkgy429:** Any chance she got to see my hardness yesterday? :)

**UC:** Holy shit I did and she was so cute. Told her we all may play and how fun it will be. She will love it

**brkgy429:** Love it!!! Do you think a video chat with her watching me cum is in the near future? 🥵

**UC:** oh fuck yea. you mean like have her play as well?

**brkgy429:** If you and her are comfortable with it :) I picture propping the camera showing me stroking my cock seeing her. Can be sexual if you both want :) doesn't have to be

**brkgy429:** Maybe u can show me how graceful she is handling your manhood ;)

...

**brkgy429:** Mmmm love it 🔥 hope she want to do it!

      19. On or about January 7, 2026, the UC discussed that he may have to give his daughter something to make her feel comfortable about performing a sexual act on a video chat and SACCO volunteered that he could help the UC purchase "a new outfit" for the minor. SACCO sent the UC two Amazon listings for a minor girl's underwear. To purchase these items, and other potential future items for the UC's minor daughter, he sent the UC a prepaid debit card number.

10

The UC had suggested CashApp but SACCO said his account had been suspended for "suspicious activity."

**UC:** Ok awesome. Yea im gonna do my best to get her nice and comfy with it even if I have to bribe her with ice cream and a new outfit lol.

**brkgy429:** Sounds great :) can't wait! Haha and if it might help, maybe I could help with the purchase of the new outfit?

**UC:** Oh wow , fuck yea that would be really sweet of you and she would LOVE that she could model it for us

**brkgy429:** Maybe I can find something cute on Amazon. I can send u an Amazon gift card and u can order it?

**UC:** Wow, that would really be amazing. Shell feel so special

**UC:** You can cash app me too if ya wanted.

**brkgy429:** My cash app account was suspended for suspicious activity 😡 I'll start looking on Amazon if I can't find anything I'll see about starting a new cash app lol

**brkgy429:** What sizes would u say she fits into?

**UC:** hahah ok. stupid fing cash app.

**UC:** For shirts its like a youth large. panties is 12-14 and pants or shorts would be a youth large too. shell be so thrilled.

**brkgy429:** I'm gonna start searching now and hopefully by tomorrow I'll find a few items you tell me what you think :) I'll have to stop looking when I'm home, can't let my girl find me browsing haha

. . . . .

**brkgy429:** I'm browsing on incognito on chrome lol should I find something like a bathing suit? Or maybe some panties?

. . . . .

**UC:** Mmm yea panties would be fun and easy to get off for our play

SACCO then sent the following Amazon links:

11





**brkgy429:** Question for ya, how would you feel if I gave you my card # (it's prepaid I just refill it) I usually use it for like OF accounts and whatnot. U can use it to order stuff for Ky regularly and doesn't have to be just from Amazon

**UC:** Hey morning! Yea, that would be amazing. As long as its good w you. I'll get her the panties today probably.

**brkgy429:** So right now the balance is $60. Every purchase there's a $2 fee, I'm happy to refill whenever it's low.

**brkgy429:** 4143 5004 9700 XXXX
Exp 10/25 CVV 972
Zip 11229

**brkgy429:** It's a virtual card but should work anywhere

12

20.    Shortly thereafter, the UC placed an Amazon order for the "Teen Girls Cotton Underwear," but Amazon flagged the activity as suspicious and required that the name on the prepaid card be provided.

21.    On or about January 8, SACCO asked whether they wanted to wait for the children's panties to arrive before having a video chat with the daughter or if the UC wanted to "have a quick one to get comfortable with each other before we jump into more intimate ones? ;)"    SACCO again discussed potentially coming "upstate" to meet the UC and his daughter.  He also asked if the UC ever came down to New York City with his daughter and offered to cover the cost of a hotel.

UC:  We can wait on the clothes. and we can get intimate as far as im concerned. why waste the time. lol

UC:  In person would be more fun but at least its still hot

brkgy429: I'm hoping we'll make in person work. It'll take some planning and time but I'm confident haha let me know when u order and what u get :) this way I can visualize it and tease myself

UC: Yea good point, the vid call will be perfect to play and get real comfortable for when we meet in person. Shell have seen your cock and stuff and will be totally ready. We can try to plan in person wherever it would work!

brkgy429: We're talking about moving to Westchester, that'll make things wayyyy easier. Maybe I'll plan a "golf trip" with the boys upstate and take a little detour or something. U guys ever near the city for anything?

UC: Oh very cool. That would be ideal! Yea. We can get down that way too. Would we have somewhere safe to go for the day or night?

brkgy429: I would even go as far as covering a night in a hotel for you guys if you wanted to make a trip out of it too.

22.    On or about January 8, the UC asked if SACCO had any hesitation about what they had been discussing doing with the minor (engaging in sexually explicit contact) and SACCO responded that he was nervous but wanted to try:

13

**UC**: And honestly if youre worried at all or have any hesitation about this we can maybe do it someday. I don't want to have any of us uncomfortable or worried about vibing. I know what I want and if you arent ready its totally cool. We can try another time

**brkgy429:** I feel like you and I have a great vibe, I think that I will be nervous but it is something I would like to try. Would you also be there alongside or would you watch?

**brkgy429:** I think my nerves will settle after the video chat lol

23.     On or about January 8, SACCO proposed a video chat where he and the UC would masturbate while talking about the UC's minor daughter. He also asked the UC about what, if any, limits the UC had regarding sexually explicit conduct with his daughter and the two agreed that they did not want to leave any bruises on her. SACCO asked the UC whether his daughter would be comfortable drinking SACCO's urine and if he had any "toys" for the minor:

**brkgy429:** I was thinking, would u maybe want to video chat with me and stroke together? Maybe talk about Ky? Could be a little ice breaker before bringing her in on it

**UC**: Like stroke and talk about ky before I bring her into the mix of the fun?

**brkgy429:** Yeah I think that could be an even easier intro. Would u wanna try that?

**UC**: Yea we could tell her that we both had fun doing it and she would too.

**brkgy429:** Yea, i think it would be a good intro too

**brkgy429:** What platform would u wanna do it on? And when? I think it'll be hot talking about her with her dad 🥵

**UC**: Yea totally. We can talk about what we wanna do with her. What would turn you on watching me do to her. Like script it out a bit. suck on my cock a bit and then maybe fuck her from behind so you can see me enter her

**brkgy429:** Oo yeah that would be hot 🔥 she can slowly undress for me. I'm getting hard just thinking about it.

**brkgy429:** I don't think we discussed, anything that's off limits or things you don't want?

**UC**: That would so hot to see. Have her slowly undress. Maybe direct her what to do. Control her. Something hot about that

14

**UC**: Thanks for asking and we prob should I guess. I don't think theres any hard limits. Maybe just no marks where someone can see? Like no bruises or anything. Not really into scat stuff either but not opposed to much more. Maybe some water sport stuff if we wanna get really taboo. Only what youd be cool with seeing too.

**brkgy429**:  I agree on the marks. And the scat. I do love watersports. I think seeing that would definitely get me turned on!

**brkgy429:** Do u have any toys?

. . . .

**brkgy429:** Havent used any toys on her yet to be honest.

I did get her this vibrator thing that is like remote control which is sorta cool haven't used it yet. but she puts like a small thing inside her and I can remote control it from like an app on my phone. I thought that could be a lot of fun

**brkgy429:** I absolutely love watersports. Everything about it. Sometimes I play with my own :) that toy sounds like it could be fun. Do you think she would comfortable peeing for me?

. . . .

**UC**: Is that what youd want or just pee in general?

**brkgy429:** I'd love to see anything pee related. U peeing on her, her peeing on you or in general, in person I should love to have her pee in my mouth.

**brkgy429:**Do you think she would be comfortable tasting it?

. . . . .

**brkgy429:** How soon would u like to video chat with me? Maybe u can watch me cum as we talk about Ky 😳

    24.    On or about January 8, at SACCO's request, the UC emailed photos of his

purported daughter to SACCO so that he could masturbate to them an ejaculate on the photos.

SACCO provided the following email address: BikerGuydc429@gmail.com.  SACCO then

sent back the photos with what appeared to be semen on them.

    25.    On or about January 10, the UC informed SACCO that his daughter has hearing

and speech issues so "when she moans it's like really loud and long and sounds sorta fucked

up" and asked if SACCO "would be cool with it." SACCO said he had no problems and then asked the UC to "record it so I can hear it beforehand? So I know what it sounds like?" On or about January 15, the UC emailed SACCO at BikerGuydc429@gmail.com an approximately 14-second recording of another undercover officer pretending to be the UC's daughter. In that recording, the female undercover moaned and said, in substance, "feels so good daddy." SACCO responded, "Holy fuck.... I am rock hard after listening to that 🔥 🔥 . . . As soon as I woke up I listened to it. I really can't wait to see her make those sounds"

26.     On or about January 12, another FBI TFO acting in an undercover capacity ("UC-2") had a video call on Wire with SACCO where the two of them masturbated on screen. UC-2 was using a prosthetic penis. UC-2 was able to observe the other individual in the chat and that person matched the physical appearance of SACCO when compared to his New York State DMV photo. During the call, SACCO said, in substance, that UC-2's penis was much bigger but "brkgy429's" would fit in her mouth perfect. He also said that he wanted the minor to urinate in a fancy glass and that he would drink her urine. After the video call, SACCO messaged that it was "crazy hot" and then asked, "Do you think [your daughter] would like seeing my cock? . . . Can't wait to see her ;) lemme know what days are good for you."

27.     Subsequent to the video call, SACCO told the UC that he got the "fist toy" inside of his anus and that "Ky would be able to get her whole arm in there." He again proposed a video call with the minor: "Mmmm how soon would you like to have the video chat with her? I can't wait 🥵 " He also asked, "Have u told her about our plan to video chat soon? :)"

28.    On or about January 18, the UC talked about performing oral sex on his daughter and SACCO asked "how did she taste . . . I'd wanna taste too 🔥 " He also asked, "Does she get wet?"

29.    On or about January 18, the UC informed SACCO that Amazon had rejected his order from Amazon for the child's underwear because it wanted a name and asked if SACCO wanted to pick something out from Wal Mart.  SACCO then sent an Amazon gift card so that the UC could purchase the underwear and also a butt plug for the 10-year-old child to introduce her to "ass play":

**brkgy429:** Hmmm it's got my name on it 😅 yeah if you wanna try Walmart if that's easier maybe that'll work. Worst case scenario I'll send u an Amazon gift card u can redeem it thru your Amazon account

**UC:** Yea. Amazon is being weird. I've got plenty of little panties anyway. When you mentioned toys, it really got me thinking. The one that was remote control doesn't work. Maybe I'll get a new one of those. I could use the Amazon gift card for that unless you are really insisting on the panties. Lol

**UC:** Just redeeming it in my account seems safer too!

**brkgy429:** That works! Maybe you can get a tiny plug for her too if you want to introduce her to some ass play ;)

"brkgy429" sent the UC the Amazon gift card:



The UC sent "beginner to advanced" butt plugs to SACCO to see if those are what he had in mind for the UC's daughter and he said, "Oooo yes!! I like :) can work up to taking the bigger one some day."



30.     Recently, SACCO expressed a fear of being arrested: "Do you ever use a VPN when chatting about such naughty things? Every worry about privacy? Once in a while I get nervous seeing videos about people getting caught"

31.     During January 2026, the UC and SACCO continued to talk about the sexually explicit conduct that the UC would do to his daughter, including SACCO's desire to watch the UC ejaculate in the minor's mouth "before she swallows it 😳" When the UC discussed that he had kept his daughter nude all night, even when doing homework, SACCO responded

"That's amazing... Her doing her homework naked must be quite the sight to see 😍 happy she's still comfortable with the idea of showing off for me ;)" SACCO also asked if the UC's daughter was familiar with sex terms and if the UC talked dirty to her. He then said, Fuck yeah. U think she would enjoy talking with me as I tell her what I wanna see? Like if I asked her if she likes playing with daddy's cock, would she say yes I love playing with Daddy's cock"

32.    SACCO messaged that he was concerned that he would ejaculate too quickly while watching the UC sexually assault his daughter and the UC suggested that he "think about baseball or something . . . Then I'll think about her using a baseball bat on her tight pussy 😳 " SACCO said he would use one of the "mini ones" that he purchased in Cooperstown. "Still pretty thick, but just small enough to fit inside someone."

33.    The chat involving the UC, his daughter, and SACCO was scheduled for the week of January 26, but SACCO informed the UC that he would be traveling to Disneyworld in Florida on Sunday (January 25) so the video chat was moved up to Friday, January 23 around 10:00 a.m.

34.    SACCO again expressed concern about getting arrested, stating "Idk if it's just me but I have been seeing a lot of news articles about guys getting caught with inappropriate stuff on their phone and I've been like kinda worried 😬 " He told the UC that he uses Wire and the VPN so that makes me feel better too. Plus I never save anything to phone. What's crazy is I've seen that stuff on X, unintentionally, and that's like a regular site too."

35.    On January 23, at approximately 10:00 a.m., UC-2 and SACCO engaged in a video chat after SACCO had further discussed what sexually explicit acts he would the UC to perform on his daughter during the chat.  SACCO did not show his face, but UC-2 was able to

19

recognize the same voice and penis from the January 12 video chat. SACCO was masturbating while discussing, *inter alia*, having the 10-year-old child perform oral sex on the UC. UC-2 then attempted to get the purported child from a nearby bedroom, but the child refused to come out.

36.     After the video chat, SACCO continued to exchange messages with UC. During the chats, SACCO asked, "Do you wanna postpone? I'm OK with another day. Just lemme know :) I'll go about my day if you guys wanna wait." After the UC agreed with postponing, SACCO asked, "Any pics you wanna tease me with in the meantime: :)" followed by "If u can send here where it's safe I'd love to see it before I sign out :) Or maybe a short video?" 😊 The UC responded that he had sent pictures to SACCO before and was getting nervous that maybe SACCO was setting him up. SACCO responded, "Dude no worries, no I get it. Maybe I can tribute again for you? Would u wanna do that now? We can video and u can watch me blow a quick load," "She can just watch off camera," "Or just u and me." The UC told SACCO "we don't have to do that now sorry for being paranoid" to which SACCO stated, "Don't be sorry man it's all good" "I was hoping to cut, I'd be happy to cut for u real quick," "Cum*" and "I'm pretty read to haha I can just blow a load quick."

37.     Then SACCO asked the UC, "U wanna send me another pic? Or use one of the ones I did already?" The UC responded by sending SACCO another age regressed picture purporting to depict the UC's daughter. SACCO asked, "Shall I print it and cum on it." He proceeded to do exactly that. SACCO videoed himself masturbating and ejaculating on the picture. He sent that video to UC.

***

20

38.     In response to an administrative subpoena, the application the UC and SACCO used to initially communicate and throughout the investigation provided the following subscriber email (bikerguydc429@gmail.com) and various IP addresses, including 173.62.115.96 from January 5, 2026 at a time that the UC was chatting with SACCO on the application.  The type of cellular phone used was an Android 10 and was using the Chrome Mobile web browser. An administrative subpoena was sent to the IP carrier (Verizon) and they responded with subscriber information in the name of [REDACTED] Sacco, who is believed to be SACCO's wife, at a specific address in Huntington, New York referred to herein as the Subject Address.  The daytime phone number 917-620-XXXX ("Subject Number").  Robert SACCO's New York State DMV records show that the Subject Address is his registered address.

39.     In response to an administrative subpoena to Gmail for the email address bikerguydc429@gmail.com, Google provided subscriber information, including the 2-step verification phone number, which was the Subject Number.  In response to an administrative subpoena to Verizon for the Subject Number, Verizon provided subscriber information for Robert SACCO at the Subject Address.

40.     A publicly available database search for the Subject Address shows potential residents as including SACCO.  New York State DMV records list the Subject Address for Robert SACCO. SACCO has a valid New York State driver's license and is the registered owner of the following vehicle: 2026 white Chevrolet Colorado Pick-up truck, NY Plate: MBJ7471.

41.     On or about January 12, 2026, law enforcement officers conducted physical surveillance of the Subject Address and observed a white Chevrolet Colorado Pickup truck with NY Plate MBJ7471 parked in the driveway.  Physical surveillance observed a white male exit the

21

residence and move boxes from the vehicle to the Subject Address. The white male matched the physical description of Robert SACCO.

## CONCLUSION

42.    Based on the foregoing, there is probable cause to conclude that Robert SACCO did knowingly attempt to employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

_____
Task Force Officer Christopher Smith
Federal Bureau of Investigations

Attested to by the Applicant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure on January 23, 2026.

_____
HON. Daniel J. Stewart
UNITED STATES MAGISTRATE JUDGE

22