

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 26, 2026

**Via ECF**
Honorable Daniel J. Stewart
U.S. Magistrate Judge
Northern District of New York
Albany, NY 12207

              Re:   *United States v. Robert Sacco,*
                      Case No. 1:26-mj-020 (DJS)

Your Honor:

      On January 23, 2026, Your Honor signed a criminal complaint in the above-referenced case.  *See* Dkt. 1.  In that complaint, the second and third letters of the username "brkgy429" were accidentally transposed throughout.  The correct username is "bkrgy429."  In addition, in the middle of page 15 of the complaint, the following phrases were mistakenly attributed to "bkrgy429" instead of the UC: "Havent used any toys. . ." and "I did get her this . . . .I thought that could be a lot of fun."

                                    Respectfully,

                                    /s/
                                    TODD BLANCHE
                                    Deputy Attorney General

                                    JOHN A. SARCONE III
                                    Acting United States Attorney

                By:    /s/ *Allen J. Vickey*
                                    Allen J. Vickey
                                    Assistant United States Attorney
                                    Bar Roll No. 513696

Letter to the Honorable Daniel J. Stewart
*United States v. Robert Sacco*
Case No. 1:26-mj-020 (DJS)
January 26, 2026
Page 2


Cc:

    Elizabeth E Macedonio, Esq. (attorney for defendant in Eastern District of New York matter [1:26-mj-015]), *via email*
    The Honorable James M. Wicks, United States Magistrate Judge, Eastern District of New York , *via email*